# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

CIVIL ACTION NO.: 2:22-cv-00232-JDL

| | |
|---|---|
| WILLIAM MORGAN | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| CMG MORTGAGE, INC. d/b/a | ) |
| CMG FINANCIAL | ) |
| | ) |
|     Defendant | ) |

## AMENDED DISCLOSURE STATEMENT

Pursuant to Fed R. Civ. P. 7.1 and Local Rule 7.1, Defendant CMG MORTGAGE, INC. d/b/a CMG FINANCIAL ("Defendant"), by and through the undersigned, submits the following notice of interested parties:

1.    CMG Mortgage, Inc. d/b/a CMG Financial's parent corporation is CMG Financial Services, Inc. which is wholly owned by Christopher M. George.

Dated: September 20, 2022        Respectfully submitted,

By: /s/ Andrew J. Schaefer
Andrew J. Schaefer, Esq., Maine Bar No. 5770
Bendett & McHugh, P.C.
30 Danforth Street
Portland, ME 04101
Phone: (207) 517-8918
Email: aschaefer@bmpc-law.com
Email: MECourtMailings@bmpc-law.com

Attorneys for Defendant CMG Mortgage, Inc.
    d/b/a CMG Financial

## **CERTIFICATION**

      I hereby certify that on September 20, 2022, the foregoing motion was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing, or by First Class Mail, where appropriate.

                                /s/ Andrew J. Schaefer
                                Andrew J. Schaefer, Esq.