# UNITED STATES DISTRICT COURT
# District of Maine

William Morgan )
        Plaintiff(s), )
vs. ) Case No. 2:22-cv-00232-JDL
)
CMG Mortgage, Inc. d/b/a CMG Financial )
        Defendant(s). )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Brent S. Snyder

2. State bar membership number(s): Tennessee 021700

3. Firm name, address and telephone number:
   Banks & Jones, 2125 Middlebrook Pike, Knoxville TN 37921 (865)264-3328 direct, (865)546-2141 office

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   State of Tennessee. Western, Middle, and Eastern District of Tennessee, 6th Circuit Court of Appeals

5. Name, address and telephone number of associated local counsel:
   John Z. Steed,

6. Party name(s) entering appearance for:
   William Morgan

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body? ☐ Yes ☑ No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies? ☐ Yes ☑ No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court? ☑ Yes ☐ No

Dated: 10/24/2022        /s/ John Z. Steed
                                          Signature of Local Counsel

Dated: 10/19/2022        /s/ Brent S. Snyder
                                          Signature of Applicant